General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 23 2016

BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPORA

_____

_____

List the full name of each plaintiff in this action.

Case Number : _____

1:16 CV 521

VS.

EQUIFAX

EXPERIAN

TRANSUNION

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

       Please answer the following concerning your attempt to secure counsel.

       A.     In the preparation of this suit, I have attempted to secure the aid of an
              attorney as follows: (circle one)

              1.   Employ Counsel
              2.   Court - Appointed Counsel
              3.   Lawyer Referral Service of the State Bar of Texas,
                   P. O. Box 12487, Austin, Texas 78711.

       B.     List the name(s) and address(es) of the attorney(s):

              READ, MORGAN AND QUINN

              801 LAUREL STREET BEAUMONT, TX 77701

              UNABLE TO OBTAIN APPOINTMENT

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA
_____

_____                    Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

VEREZEON, INC.
_____

ADOBE SYSTEMS, INC.
_____

UVERSE
_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

Case Number : _____

List the full name of each plaintiff in this action.

VS.

COX COMMUNICATIONS

CISCO SYSTEMS INC

ALCATEL LUCENT

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. PONPURA

Case Number : _____

_____

_____
List the full name of each plaintiff in this action.

VS.

JUNIPER NETWORKS

EBAY

BRIGHT HOUSE NETWORK
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an
     attorney as follows: (circle one)

     1.   Employ Counsel
     2.   Court - Appointed Counsel
     3.   Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

     _____

     _____

     _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA
_____

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

HUGHES NET
_____

SPRINT SPECTRUM
_____

TIME WARNER
_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

MICROSOFT COMPANY

DELL

LENOVO
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
      attorney as follows: (circle one)

      1.    Employ Counsel
      2.    Court - Appointed Counsel
      3.    Lawyer Referral Service of the State Bar of Texas,
            P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

      _____

      _____

      _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

TOPAZ SYSTEMS, INC.

APPLE, INC.

MCAFFEE
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

      Please answer the following concerning your attempt to secure counsel.

    A.     In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.   Employ Counsel
        2.   Court - Appointed Counsel
        3.   Lawyer Referral Service of the State Bar of Texas,
            P. O. Box 12487, Austin, Texas 78711.

    B.     List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

CITRIX

WARREN K. PAXTON

SYMANTEC
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

Case Number : _____

_____

_____
List the full name of each plaintiff in this action.

VS.

GREYSTAR

MEMORIAL HERMANN HEALTH SYSTEMS

_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    **ATTEMPT TO SECURE COUNSEL:**

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
      P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____                Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

FICO

iQUAL CORPORATION

HEWLETT- PACKARD COMPANY] CURRENTLY HP
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
       attorney as follows: (circle one)

       1.    Employ Counsel
       2.    Court - Appointed Counsel
       3.    Lawyer Referral Service of the State Bar of Texas,
             P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

       _____

       _____

       _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

List the full name of each plaintiff in this action.

VS.

ACER

FUJITSU COMPONENTS AMERICA'S INC.

SUMITOMO GROUP \ SCOA

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

Case Number : _____

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.     Employ Counsel
2.     Court - Appointed Counsel
3.     Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

FIRST DATA SERVICES

MARKETING 360 | MADWIRE MEDIA, LLC

GOOGLE

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

BING

FACEBOOK

YOUTUBE

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

       Please answer the following concerning your attempt to secure counsel.

       A.     In the preparation of this suit, I have attempted to secure the aid of an
              attorney as follows: (circle one)

              1.     Employ Counsel
              2.     Court - Appointed Counsel
              3.     Lawyer Referral Service of the State Bar of Texas,
                     P. O. Box 12487, Austin, Texas 78711.

       B.     List the name(s) and address(es) of the attorney(s):

              _____

              _____

              _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

LINKED IN

PANDORA

HANKEY GROUP

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.       ATTEMPT TO SECURE COUNSEL:

         Please answer the following concerning your attempt to secure counsel.

         A.       In the preparation of this suit, I have attempted to secure the aid of an
                  attorney as follows: (circle one)

                  1.   Employ Counsel
                  2.   Court - Appointed Counsel
                  3.   Lawyer Referral Service of the State Bar of Texas,
                       P. O. Box 12487, Austin, Texas 78711.

         B.       List the name(s) and address(es) of the attorney(s):

                  _____

                  _____

                  _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____     Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

COMCAST

FRAZER COMPUTING

FRIDAY SYSTEMS

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
       attorney as follows: (circle one)

       1.   Employ Counsel
       2.   Court - Appointed Counsel
       3.   Lawyer Referral Service of the State Bar of Texas,
            P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

       _____

       _____

       _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

List the full name of each plaintiff in this action.

VS.

AUTO SOFT

NOWCOM

CDK GLOBAL

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

Case Number : _____

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPUEA
_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

MOZILLA FOUNDATION

MOZILLA CORPORATION

_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.     Employ Counsel
2.     Court - Appointed Counsel
3.     Lawyer Referral Service of the State Bar of Texas,
       P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____                    Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

TUSHIBA

CORELOGIC/CREDCO

DEALER TRACK, INC.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.      Employ Counsel
2.      Court - Appointed Counsel
3.      Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA
_____

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

THE CREDIT SOURCE, INC.

NCC DIRECT/NATIONAL CREDIT CENTER

ROUTE ONE
_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

_Shane M. Pompura_

_____                    Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

_Job Credit, LLC_

_Pro Credit Express_

_Chrysler_

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

_____

List the full name of each plaintiff in this action.

VS.

FCA US LLC

FCA | FIAT CHRYSLER AUTOMOBILES

FYOR

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.        ATTEMPT TO SECURE COUNSEL:

          Please answer the following concerning your attempt to secure counsel.

          A.        In the preparation of this suit, I have attempted to secure the aid of an
                    attorney as follows: (circle one)

                    1.        Employ Counsel
                    2.        Court - Appointed Counsel
                    3.        Lawyer Referral Service of the State Bar of Texas,
                              P. O. Box 12487, Austin, Texas 78711.

          B.        List the name(s) and address(es) of the attorney(s):

                    _____

                    _____

                    _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPUER

Case Number : _____

List the full name of each plaintiff in this action.

VS.

KIA MOTORS AMERICAS

HYUNDAI MOTOR AMERICA

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
        P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____                    Case Number : _____

List the full name of each plaintiff in this action.

VS.

RAM USA _____

JEEP CORPORATE _____

TOYOTA MOTORS NORTH AMERICAN, INC.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

GMC | GENERAL MOTORS CORP.

CHEVROLET

BMW OF NORTH AMERICA

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

MINI USA

SONIC AUTOMOTIVE

GROUP 1 AUTOMOTIVE, INC.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____         Case Number : _____

List the full name of each plaintiff in this action.

VS.

SOUTH LOOP HYUNDAI

NORTHSIDE IMPORTS

HYUNDAI USA

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA
_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

MACHAIK AUTOMOTIVE Group

MACHAIK ENTERPRISES

LINCOLN MOTOR COMPANY

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.      Employ Counsel
2.      Court - Appointed Counsel
3.      Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

FORD MOTOR COMPANY

NISSAN USA

NYLE MAYWELL / FFAT ALFA ROMEO
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

SILSBEE KIA

MID COUNTY CHRYSLER DODGE JEEP RAM

PHILPOTT MOTORS

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

CHASE AUTO

CAPITAL ONE AUTO FINANCE

WEST POINT BUICK GMC
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

Case Number : _____

List the full name of each plaintiff in this action.

VS.

COMPASS BANK INDIRECT

CRESCENT BANK - BATON ROUGE

SIERRA AUTO FINANCE

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.  Employ Counsel
2.  Court - Appointed Counsel
3.  Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPORA

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

NISSAN MTRS ACCPT IFS#1

COMPASS BANK

FARMERS INSURANCE
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

PROGRESSIVE INSURANCE

RAZOR CAPITAL, LLC

WEBBANK / AVANT, INC.
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

List the full name of each plaintiff in this action.

Case Number : _____

VS.

INTERSECTIONS

PORTFOLIO RECOVERY ASSOCIATION

TRANSWORLD SYSTEMS

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____                Case Number : _____

List the full name of each plaintiff in this action.

VS.

DIRECT TO CONSUMERS VIA INTERSECTIONS, INC

AUTOMOBILE CONSUMER SERVICES

PRAYIS FINANCIAL SOLUTIONS

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

List the full name of each plaintiff in this action.

VS.

ALL STATE

EXETER FINANCE CORPORATION

FEDERAL BOND COLLECTION

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

Case Number : _____

List the full name of each plaintiff in this action.

VS.

NATIONWIDE NEW TX PL

INTEGRITY SOLUTION SERVICES

DYNAMIC RECOVERY SOLUTION

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

SANTANDER CONSUMER USA

SKOPOS FINANCIAL

JUDSON MOTORS LTP

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.       ATTEMPT TO SECURE COUNSEL:

         Please answer the following concerning your attempt to secure counsel.

         A.      In the preparation of this suit, I have attempted to secure the aid of an
                 attorney as follows: (circle one)

                 1.      Employ Counsel
                 2.      Court - Appointed Counsel
                 3.      Lawyer Referral Service of the State Bar of Texas,
                         P. O. Box 12487, Austin, Texas 78711.

         B.      List the name(s) and address(es) of the attorney(s):

                 _____

                 _____

                 _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA _____

_____                    Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

AMERICAN CREDIT ACCEPTANCE

SPRING LEAF FINANCIAL SERVICE

SYNCHRONY BANK
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

_____

List the full name of each plaintiff in this action.

VS.

CHRYSLER CAPITAL

CARFINANCE.COM

LEXIS NEXIS

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

Case Number : _____

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPOROX

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

CONVERGENT OUTSOURCING

LENDING POINT LLC

CLARITY OPPORTUNITY FINA

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.  Employ Counsel
2.  Court - Appointed Counsel
3.  Lawyer Referral Service of the State Bar of Texas,
    P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

Shane M. Pompura

_____        Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

Credit.com

Eos cca

Comenity Service Inc

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. PUMPURA

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

COMENITY BANK | EXPRESS

QUINSTREET GUIDE TO LEND

MERCURY INSURANCE GROUP

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

_____

_____

_____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____          Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

SAFE AUTO INSURANCE COMPANY

BALANCE CREDIT.COM

MONTGOMERY WARD

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.      Employ Counsel
        2.      Court - Appointed Counsel
        3.      Lawyer Referral Service of the State Bar of Texas,
                P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPORA

_____

_____          Case Number : _____

List the full name of each plaintiff in this action.

VS.

SEVENTH AVENUE

ENTERGY OPERATIONS INC

CREDIT ONE BANK

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMOURA

_____          Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

PROGREYXION/LEXINGTON LAW

GETTINGTON

ORION ACCEPTANCE CORP
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

General Complaint

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPUR

_____     Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

MIKE SMITH NISSAN

COKI MUNDAY MAZDA

NOKIA
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

       Please answer the following concerning your attempt to secure counsel.

       A.     In the preparation of this suit, I have attempted to secure the aid of an
              attorney as follows: (circle one)

              1.     Employ Counsel
              2.     Court - Appointed Counsel
              3.     Lawyer Referral Service of the State Bar of Texas,
                     P. O. Box 12487, Austin, Texas 78711.

       B.     List the name(s) and address(es) of the attorney(s):

              _____

              _____

              _____

General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

SHANE M. POMPURA

_____

Case Number : _____

_____

List the full name of each plaintiff in this action.

VS.

MERCEDES

VOLKS WAGEN USA

AMERICAN HONDA MOTOR COMPANY, INC.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
     P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

_____

_____

_____

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

9450 PINECROFT DR. #9797

Spring, Texas 77387

Pla #2 _____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   EQUIFAX

1550 PEACHTREE ST., NV., ATLANTA, GEORGIA,

ATTN: LEGAL SERVICE OF RECORD

Dft #2:   EXPERIAN PLC.

ATTN: LEGAL SERVICE OF RECORD

475 ANTON BLVD, COST MESA, CA. 9262~

Dft #3   TRANSUMION

ATTN: LEGAL SERVICE OF RECORD

555 W. ADAMS RD. S** FL 2-9 CHICAGO,

ILLINOIS 60661

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA

9450 PINECROFT DR. #9757

SPRING, TEXAS 77387

Pla #2  _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment
and full mailing address.

Dft #1: VERISIGN

12061 BLUEMONT WAY, RESTON VA

ATTN. LEGAL SERVICE OF RECORD

Dft #2: ADOBE SYSTEMS, INC

345 PARK AVENUE, SAN JOSE, CA 95110

ATTN: LEGAL SERVICE OF RECORD

Dft #3 UVERSE / AT+T CORP

HQ 208 SOUTH AKARD STREET, DALLAS, TX 75202

ATTN: LEGAL SERVICE OF RECORD.

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: COX COMMUNICATIONS

1400 LAKE HEARN DRIVE, ATLANTA, GEORGIA 30319

ATTN: LEGAL SERVICE OF RECORD

Dft #2: CISCO SYSTEMS INC.

170 W TASMAN DR. SAN JOSE, CA 95134

ATTN: LEGAL SERVICE OF RECORD

Dft #3 ALCATEL LUCENT

148 ROUTE DE LA REINE, BOULOGNE BILLANCOURT, 92100   DE HAUTS DE SE-  FRANCE

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

   A.    List the full name and address of each plaintiff:

          Pla #1   SIANE M. POMPURA

          _____

          _____

          Pla #2   _____

          _____

          _____

   B.    List the full name of each defendant, their official position, place of employment
          and full mailing address.

          Dft #1:   JUNIPER   NETWORKS

          1194 NORTH MATHILDA AVE., SUNNYVALE, CA 94089

          ATTN: LEGAL SERVICE OF RECORD

          Dft #2:   E FAY

          6922 HOLLYWOOD BLVD., FIS, LOS ANGELES, CA 90028

          ATTN: LEGAL SERVICE OF RECORD

          Dft #3   BRIGHT HOUSE NETWORK

          5823 WIDEWATERS ~~~~~~~~~~~ PARKWAY ST. 2, EAST SYRACUSE, NY 13051

          ATTN: LEGAL SERVICE OF RECORD

   Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1    SHANG M. POMPURA _____

_____

_____

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   HUGHES NET _____

11717 EXPLORATION LANE, GERMANTOWN, MARYLAND 20876

ATTN: LEGAL SERVICE OF RECORD

Dft #2:   SPRINT SPECTRUM _____

6200 SPRINT PKWY, OVERLAND PARK, KANSAS 66251

ATTN: LEGAL SERVICE OF RECORD

Dft #3   TIME WARNER _____

60 COLUMBUS CIRCLE, NEW YORK CITY, NY 10023

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

   9450 PINECROFT DR, #9757

   SPRING, TEXAS 77381

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment
and full mailing address.

Dft #1:  TOPAZ SYSTEMS, INC.

650 COCHRAN STREET, SUITE 6 SIMI VALLEY, CA 93065

ATTN: LEGAL SERVICE OF RECORDS

Dft #2:  SOFT BANK GROUP, INC.

TOKYO SHIODOME BLDG. 1-9-1 HIGASHI- SHIMBASHI
                                MINATO-KU TKY 105-7303
ATTN: LEGAL SERVICE OF RECORDS              JAPAN

Dft #3  APPLE, INC.

ONE INFINITE LOOP, CUPERTINO, CA 95014

ATTN: LEGAL SERVICE OF RECORDS

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

9450 PINECROFT DR #9797

SPRING, TEXAS 77387

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: MCAFEE

3965 FREEDOM CIRCLE, SANTA CLARA, CA 95054

ATTN: LEGAL SERVICE OF RECORDS

Dft #2: CITRIX

851 WEST CYPRESS CREEK RD., FORT LAUDERDALE, FL 33309

ATTN: LEGAL SERVICE OF RECORDS

Dft #3  WARREN K. PAXTON

209 W. 14th St., AUSTIN, TX 78701

ATTN: LEGAL SERVICE OF RECORDS

Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 _SHANE M. POMPURA_____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment
        and full mailing address.

        Dft #1: _SYMANTECH_____

        _350 ELLIS STREET, MOUNTAIN VIEW, CA 94043_

        _ATTN: LEGAL SERVICE OF RECORD_____

        Dft #2: _GREYSTAR_____

        _10375 RICHMOND AVENUE, HOUSTON, TX 77040|SUITE 900_

        _ATTN: LEGAL SERVICE OF RECORD_____

        Dft #3 _MEMORIAL HERMANN HEALTH SYSTEM_

        _929 GESSNER DRIVE, HOUSTON, TX 77024_____

        _ATTN: LEGAL SERVICE OF RECORD_____

    Attach a separate sheet for additional parties.

III.     Parties to this suit:

    A.     List the full name and address of each plaintiff:

        Pla #1   SHANE M. POMPURA _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.     List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:   MOZILLA   FOUNDATION _____

        650 CASTRO ST, MOUNTAIN VIEW, CA 94041

        ATTN. LEGAL SERVICE OF RECORD

        Dft #2:   MOZILLA   CORPORATION _____

        650 CASTRO ST, MOUNTAIN VIEW, CA 94041

        ATTN. LEGAL SERVICE OF RECORD

        Dft #3   FICO _____

        181 METRO DRIVE, SAN JOSE, CA 95110

        ATTN. LEGAL SERVICE OF RECORD

        Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1   SHANE M. POMPURA _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: IQUAL CORPORATION _____

        9445 FAIRWAY VIEW Pl Ste 210, RANCHO CUCAMONGA, CA
                                            91730

        ATTN: LEGAL SERVICE OF RECORD

        Dft #2: HEWLETT-PACKARD COMPANY _____

        10251 NORTH FWY, HOUSTON, TX 77037

        ATTN: LEGAL SERVICE OF RECORD

        Dft #3  ACER _____

        333 W. SAN CARLOS St., Ste. 1500 SAN, JOSE CA
                                          95110

        ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURD

Pla #2  _____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  FUJITSU COMPONENTS AMERICA'S INC
2290 NORTH FIRST STREET, SUITE 212, SAN JOSE, CA
95131
ATTN: LEGAL SERVICE OF RECORD

Dft #2:  SUMITOMO GROUP | SCOA
300 MADISON AVENUE, NEW YORK, NY 10017
ATTN: LEGAL SERVICE OF RECORD

Dft #3  MICROSOFT COMPANY
ONE MICROSOFT WAY, REDMOND, WA 98052-6399
ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

      Pla #1   SHANE M. POMPUER

      Pla #2

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

      Dft #1:  DELL

      ONE DELLWAY, ROUND ROCK, TX 78683

      ATTN: LEGAL SERVICE OF RECORD

      Dft #2:  LENOVO

      1009 THINK PLACE, MORRISVILLE, NC 27560

      ATTN: LEGAL SERVICE OF RECORD

      Dft #3  TOSHIBA

      1251 AVE OF THE AMERICAS 4110, NEW YORK, NY 10020

      ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

9450 PINECROFT DR. #9797

SPRING, TEXAS 77387

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment
and full mailing address.

Dft #1:  FIRST DATA SERVICES

5565 Glenridge Connector NE., Atlanta, Georgia 30342

ATTN: LEGAL SERVICE OF RECORD

Dft #2:  MARKETING 360 / MADWIRE MEDIA LLC

3420 E. HARMONY RD. 3rd FLOOR, FORT COLLINS, CO
                                                              80528

ATTN: LEGAL SERVICE OF RECORD

Dft #3  GOOGLE

1600 AMPHITHEATRE PKWY, MOUNTAIN VIEW,
                                                        CA 94043

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1   SHANE M. POMPURA

   9450 PINECROFT DR #797

   SPRING, TEXAS 77587

   Pla #2 _____

   _____

   _____

   B.   List the full name of each defendant, their official position, place of employment
   and full mailing address.

   Dft #1:   BING

   1 MICROSOFT WAY, REDMOND, WA 98052

   ATTN: LEGAL SERVICE OF RECORD

   Dft #2:   FACEBOOK

   1 HACKER WAY, MENLO PARK, CA 94025

   ATTN: LEGAL SERVICE OF RECORD

   Dft #3   YOUTUBE

   901 CHERRY AVENUE, SAN BRUNO, CA 94066

   ATTN: LEGAL SERVICE OF RECORD

   Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1    SHANE M. POMPURA

9450 PINE CROFT DR. #9797

SPRING, TEXAS 77387

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: LINKED IN

2029 STIERLIN COURT, MOUNTAINVIEW, CA 94043

ATTN: LEGAL SERVICE OF RECORDS

Dft #2: PANDORA

2100 FRANKLIN ST., SUITE 700, OAKLAND, CA 94612

ATTN: LEGAL SERVICE OF RECORDS

Dft #3 HANKEY GROUP

4751 WILSHIRE BLVD., SUITE 205 LOS ANGELES, CA 90010

ATTN: LEGAL SERVICE OF RECORDS

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA

9450 PINECROFT DR. #9777

SPRING, TEXAS 77387

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  COMCAST

ONE COMCAST CENTER, 1701 JFK BLVD, PHILADELPHIA PA 19103
ATTN: LEGAL SERVICE OF RECORDS

Dft #2:  FRAZER COMPUTING

6196 US HWY 11, CANTON, NY 13617
ATTN: LEGAL SERVICE OF RECORDS

Dft #3 FRIDAY SYSTEMS

2415 W MAIN STREET, EPHRATA, PA 17522
ATTN: LEGAL SERVICE OF RECORDS

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  AUTO SOFT

61 EXECUTIVE CT., WEST MIDDLESEX, PA 16159

ATTN: LEGAL SERVICE OF RECORD

Dft #2:  NOW COM

244 KNOLLWOOD DRIVE, BLOOMINGDALE, ILLINOIS 60108

ATTN: LEGAL SERVICE OF RECORD

Dft #3  CDK GLOBAL

1950 HASSELL RD., HOFFMAN ESTATES, IL 60169

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1  SHANE M. POMPURA _____

        _____

        _____

        Pla #2  _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:  CORE LOGIC _____

        40 PACEFICA, IRVINE, CA 92018

        ATTN: LEGAL SERVICE OF RECORD

        Dft #2:  DEALER TRACK, INC.

        1111 MARCUS AVENUE, SUITE M04, LAKE SUCLESS, NY 11042

        ATTN: LEGAL SERVICE OF RECORD

        Dft #3  THE CREDIT SOURCE, INC.

        P.O. BOX 517, SEABROOK, MA 02771

        ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

_____

_____

Pla #2   _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   NCC DIRECT / NATIONAL CREDIT CENTER
7373 PEAK DR. Suite 250, LAS VEGAS NV 89128
ATTN: LEGAL SERVICE OF RECORD

Dft #2:   ROUTE ONE
31500 NORTHWESTERN HWY, #200 FARMINGTON HILLS, MI 48334
ATTN: LEGAL SERVICE OF RECORD

Dft #3   700 CREDIT, LLC
27777 FRANKLIN RD. #1850, SOUTHFIELD, MI 48034
ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANO M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   PRO CREDIT EXPRESS

5401 ELMORE AVENUE, #200, DAVENPORT, IA 52807

ATTN: LEGAL SERVICE OF RECORD

Dft #2:   CHRYSLER GROUP, LLC

1000 CHRYSLER DRIVE, AUBURN HILLS, MI 48326

ATTN: LEGAL SERVICE OF RECORD

Dft #3   FCA US LLC

1000 CHRYSLER DRIVE, AUBURN HILLS, MI 48326

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1  SDANE M. POMPUER

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  FCA / FIAT CHRYSLER AUTOMOBILES
1000 CHRYSLER DRIVE, AUBURN HILLS, MI 48324
ATTN: LEGAL SERVICE OF RECORD

Dft #2:  EYOR
SIMONA MARSANI, HOOGOORDDREEF 15, 1101 BA AMSTERDAM
ATTN: LEGAL SERVICE OF RECORD

Dft #3  CHRYSLER MOTOR CORP.
4944 PARKWAY PLAZA BLVD STE 470, CHARLOTTE, NC 28217
ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA _____

_____

_____

Pla #2  _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  KIA MOTORS AMERICA _____

111 PETERS CANYON ROAD, IRVINE, CA 92606

ATTN: LEGAL SERVICE OF RECORD _____

Dft #2:  HYUNDAI MOTOR AMERICA _____

10550 TALBERT AVE. FOUNTAIN VALLEY, CA 92708

ATTN: LEGAL SERVICE OF RECORD _____

Dft #3  RAM USA _____

2200 STOCK CREEK BLVD., ROCKFORD, TENNESSEE
                                                    37853
ATTN: LEGAL SERVICE OF RECORD _____

Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1   SHANE M. POMPURA

       Pla #2

    B.   List the full name of each defendant, their official position, place of employment
and full mailing address.

       Dft #1:  JEEP CORPORATE

       1000 CHRYSLER DR AUBURN HILLS, MI 48326

       ATTN: LEGAL SERVICE OF RECORD

       Dft #2:  TOYOTA MOTORS NORTH AMERICA INC

       12780 HILLTOP RD., ARGYLE, TX 76226

       ATTN: LEGAL SERVICE OF RECORD

       Dft #3  GMC ) GENERAL MOTORS CORP

       300 RENAISSANCE CENTER, DETROIT, MI   48265-3000

       ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

Pla #2 _____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  CHEVROLET

300 RENAISSANCE CENTER, DETROIT, MI 44265-3000

ATTN: LEGAL SERVICE OF RECORD

Dft #2:  BMW OF NORTH AMERICA

300 CHESTNUT RIDGE RD WOODCLIFF LAKE, NJ 07677

ATTN: LEGAL SERVICE OF RECORD

Dft #3  MINI USA

300 CHESTNUT RIDGE RO. WOODCLIFF LAKE, NJ 07677

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

_____

_____

Pla #2   _____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   SONIC AUTOMOTIVE

4401 COLWICK ROAD, CHARLOTTE, NC 28211

ATTN LEGAL SERVICE OF RECORD

Dft #2:   GROUP 1 AUTOMOTIVE, INC

800 GESSNER, SUITE 500 HOUSTON, TX 77024

ATTN: LEGAL SERVICE OF RECORD

Dft #3   SOUTH LOOP HYUNDAI

8811 LAKES AT 610 DR., HOUSTON, TX 77054

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

Pla #2 _____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: MACHAIK ENTERPRISES

11757 KATY FREEWAY SUITE 1500, HOUSTON, TX 77079

ATTN: LEGAL SERVICE OF RECORD

Dft #2: LINCOLN MOTOR COMPANY

1 AMERICAN ROAD, DEARBORN, MI 48126

ATTN: LEGAL SERVICE OF RECORD

Dft #3 FORD MOTOR COMPANY

1 AMERICAN ROAD, DEARBORN, MI 48126

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SIHANE M. POMPURA

_____

_____

Pla #2   _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  NORTH SIDE IMPORTS

1501 LAKE ROBBINS DR., SPRING, TX 77380

ATTN: LEGAL SERVICE OF RECORD

Dft #2:  MASERATI USA

250 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632

ATTN: LEGAL SERVICE OF RECORD

Dft #3  MAC HAIK AUTOMOTIVE GROUP

11757 KATY FREEWAY SUITE 1500, HOUSTON, TX 77079

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA

_____

_____

Pla #2  _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: NISSAN USA

1 NISSAN WAY FRANKLIN, TN 37067

ATTN: LEGAL SERVICE OF RECORD

Dft #2: NYLE MAXWELL FIAT. ALFA ROMEO

13049 N HWY 183, AUSTIN. TX 78750

ATTN: LEGAL SERVICE OF RECORD

Dft #3 SILSBEE KIA

1565 Highway 96 BYPASS, SILSBEE, TX 77656

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.     Parties to this suit:

    A.     List the full name and address of each plaintiff:

        Pla #1 _SHANE M. POMPURA_____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.     List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _MIO COUNTY CHRYSLER/DODGE/JEEP/RAM_

        _8181 MEMORIAL BLVD, PORT ARTHUR, TX  77640_

        _ATTN: LEGAL SERVICE OF RECORD_

        Dft #2: _PHILPOTT MOTORS_

        _1400 US 69 NEDERLAND, TX  77627_

        _ATTN: LEGAL SERVICE OF RECORD_

        Dft #3 _CHASE AUTO_

        _PO BOX 901003, FORT WORTH, TX  76101_

        _ATTN: LEGAL SERVICE OF RECORD_

    Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   CAPITAL ONE AUTO FINANCE

3905 N. DALLAS PKWY POH COAF 1-222, PLANO, TX 75093

ATTN: LEGAL SERVICE OF RECORD

Dft #2:   WEST POINT BUICK GMC

16835 KATY FREEWAY, HOUSTON, TX 77094

ATTN: LEGAL SERVICE OF RECORD

Dft #3   COMPASS BANK INDIRECT

120 N STONE AVENUE TUCSON, AZ 85701

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1    SHANO M. POMPURA

Pla #2    _____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:    CRESCENT BANK - BATON ROUGE

4870 BLUEBONNET BL. #A BATON ROUGE, LA 70809

ATTN: LEGAL SERVICE OF RECORDS

Dft #2:    SIERRA AUTO FINANCE

5005 LBJ FWY, SUITE 700, DALLAS, TX 75244

ATTN: LEGAL SERVICE OF RECORD

Dft #3    NISSAN MTRS ACCPT IFS#1

P.O. BOX 663360, DALLAS, TX 75266

ATTN: LEGAL SERVICE OF RECORP

Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

       Pla #1  SHANE M. POMPURA

       Pla #2

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

       Dft #1:  COMPASS BANK

       2009 BELTLINE ROAD   DECATUR, AL 35603

       ATTN: LEGAL SERVICE OF RECORD

       Dft #2:  FARMERS INSURANCE

       4680 WILSHIRE BLVD, LOS ANGELES CA, 90010-3807

       ATTN: LEGAL SERVICE OF RECORD

       Dft #3  PROGRESSIVE INSURANCE

       P.O. BOX 43255, RICHMOND HEIGHTS, OH 44123

       ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   RAZOR CAPITAL LLC

8000 NORMAN CENTER, SUITE 860, BLOOMINGTON, MN 55437
ATTN: LEGAL SERVICE OF RECORD

Dft #2:   WEBBANK / AVANT, INC.

222 N. LASALLE St., SUITE 1700 CHICAGO, IL 60601
ATTN: LEGAL SERVICE OF RECORD

Dft #3   INTERSECTIONS

3901 STONECROFT BLVD, CHANTILLY, VA 20151
ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1   SHANE M. POMPURA _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: PORTFOLIO RECOVERY ASSOCIATION

        140 CORPORATE BLVD NORFOLK, VA 23502

        ATTN: LEGAL SERVICE OF RECORD

        Dft #2: TRANSWORLD SYSTEMS

        507 PRUDENTIAL RD HORSHAM, PA 19044

        ATTN: LEGAL SERVICE OF RECORD

        Dft #3 PRO CREDION/LEXINGTON LAW

        330 N. CUTLER DR., NORTH SALT LAKE, UT 84054

        ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  SHANE M. POWDER _____

_____

_____

Pla #2  _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  DIRECT TO CONSUMERS VIA INTERSECTIONS, INC.

3901 STONECROFT BLVD CHANTILLY, VA 20151

ATTN: LEGAL SERVICE OF RECORDS

Dft #2:  AUTOMOBILE CONSUMER SERVICES

6249 STEWART AVE. CINCINATTI, OH 45227

ATTN: LEGAL SERVICE OF RECORD

Dft #3  PRAXIS FINANCIAL SOLUTIONS

7331 N. LINCOLN AVE., SUITE 8 LINCOLNWOOD, IL 60712

ATTN: LEGAL SERVICE OF RECORDS

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHAWN M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   ALLSTATE
2775 SANDERS ROAD, NORTHBROOK, IL 60062
ATTN: LEGAL SERVICE OF RECORD

Dft #2:   EXETER FINANCE CORPORATION
222 LAS COLINAS BLVD W, IRVING, TX 75039
ATTN: LEGAL SERVICE OF RECORD

Dft #3   FEDERAL BOND COLLECTION
330 S. WARMINSTER RD SUTE 353, HATBORO, PA
19040
ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA _____

_____

_____

Pla #2  _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:      NATIONWIDE NEW TY PL

01-17-201, COLUMBUS, OH 43215

ATTN: LEGAL SERVICE OF RECORD

Dft #2: INTEGRITY SOLUTION ~~~~~~~ SERVICES

20 CORPORATE HILLS, ST. CHARLES, MO 63301

ATTN: LEGAL RECORD OF SERVICE

Dft #3  DYNAMIC RECOVERY SOLUTION

P.O. BOX 25759, GREENVILLE, SC 29616

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.    Parties to this suit:

  A.    List the full name and address of each plaintiff:

        Pla #1 _SHANE M. POMPURA_____

        _____

        _____

        Pla #2 _____

        _____

        _____

  B.    List the full name of each defendant, their official position, place of employment
        and full mailing address.

        Dft #1:_____ SANTANDER CONSUMER USA___
        __, 5201 RUFE SNOW DR NORTH RICHLAND HILLS TX 76180
        ATTN: LEGAL SERVICE OF RECORD_____

        Dft #2: SKOPOS FINANCIAL_____
        500 E JOHN CARPENTER PKWY #300 IRVIN, TX 75061
        ATTN: LEGAL SERVICE OF RECORD_____

        Dft #3 JUDSON MOTORS LTD_____
        12103 N IH 35, SAN ANTONIO TX 78233
        ATTN: LEGAL SERVICE OF RECORD_____

        Attach a separate sheet for additional parties.

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA

_____

_____

Pla #2  _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: AMERICAN CREDIT ACCEPTANCE

961 E. MAIN ST SPARTANBURG, SC 29302

ATTN: LEGAL SERVICE OF RECORD

Dft #2: SPRINGLEAF FINANCIAL SERVICE

P.O. BOX 59 EVANSVILLE, IN 47701

ATTN: LEGAL SERVICE OF RECORD

Dft #3  SYNCHRONY BANK

C/O P.O. BOX 965037 ORLANDO, FL 32896

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1 ___SHANE M. POMPURA___

_____

_____

Pla #2 _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: ___CHRYSLER CAPITAL___

___P.O. BOX 961275 FORT WORTH TX 76161___

___ATTN: LEGAL SERVICE OF RECORD___

Dft #2: ~~████████~~ ___CARFINANCE.COM___

___7525 IRVINE CENTER DR STE250 IRVINE, CA___
___9_

___ATTN: LEGAL SERVICE OF RECORD___

Dft #3 ___LEXIS NEXIS___

___1000 ALDERMAN DR. ALPHARETTA, GA 30005___

___ATTN: LEGAL SERVICE OF RECORD___

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1  SHANE M. POMPURA

Pla #2

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:  CONVERGENT OUTSOURCING
800 SW 39th RENTON, WA 98057
ATTN: LEGAL SERVICE OF RECORD

Dft #2:  LENDING POINT LLC
1701 BARRETT LAKESBLVD St. 290 KENNESAW, GA
ATTN: LEGAL SERVICE OF RECORD     30144

Dft #3  CLARITY OPPORTUNITY FINA
130 E RANDOLPH ST STE 1650 CHICAGO, IL
ATTN: LEGAL SERVICE OF RECORD     60601

Attach a separate sheet for additional parties.

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 SHANE M. POMPURA

        Pla #2

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: CREDIT. COM

        160 SPEAR ST   STE 1020 SAN FRANCISCO, CA   94105

        ATTN: LEGAL SERVICE OF RECORD

        Dft #2: EOS CCA

        700 LONGWATER DRIVE, NORWELL MA 02061

        ATTN: LEGAL SERVICE OF RECORD

        Dft #3 COMENITY SERVICING

        P.O. BOX 182120 COLUMBUS, OH 43218

        ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1   SHANE M. POMPURA

_____

_____

Pla #2   _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:   COMENITY BANK/EXPRESS

P.O. BOX 182789 COLUMBUS, OH 43218

ATTN: LEGAL SERVICE OF RECORD

Dft #2:   QUINSTREET GUIDE TO LEND

950 TOWER LANE FL6 FOSTER CITY, CA 94404

ATTN: LEGAL SERVICE OF RECORD

Dft #3   MERCURY INSURANCE GROUP

4484 WILSHIRE BOULEVARD LOS ANGELES, CA 90010

ATTN: LEGAL SERVICE OF RECORD

Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

        Pla #1   SHAWE M. POMPURA

        Pla #2

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:   SAFE AUTO INSURANCE COMPANY
4 EASTON OVAL, COLUMBUS, OHIO 43219
ATTN: LEGAL SERVICE OF RECORDS

        Dft #2:   BALANCE CREDIT.COM
P.O. BOX 4356 DEPT 1557 HOUSTON,TX 77210
ATTN: LEGAL SERVICE OF RECORDS

        Dft #3   MONTGOMERY WARD
3650 MILWAUKEE ST. MADISON, WISCONSIN 53714
ATTN: LEGAL SERVICE OF RECORDS

Attach a separate sheet for additional parties.

III.   Parties to this suit:

A.   List the full name and address of each plaintiff:

Pla #1 _SIHANG M. POMPURA_____

_____

_____

Pla #2 _____

_____

_____

B.   List the full name of each defendant, their official position, place of employment
and full mailing address.

Dft #1: _SEVENTH AVENUE_____

_1112 7th AVENUE, MONROE, WI 5366.1364_____

_ATTN. LEGAL SERVICE OF RECORD_____

Dft #2: _ENTERGY OPERATIONS, INC._____

_639 LOYOLA AVENUE, NEW ORLEANS, LA 70112_____

_ATTN: LEGAL SERVICE OF RECORDS_____

Dft #3 _CREDIT ONE BANK_____

_585 PILOT RD., LAS VEGAS, NV 89119_____

_ATTN: LEGAL SERVICE OF RECORDS_____

Attach a separate sheet for additional parties.

III.    Parties to this suit:

   A.    List the full name and address of each plaintiff:

      Pla #1 SHANE M. POMPURA _____

      _____

      _____

      Pla #2 _____

      _____

      _____

   B.    List the full name of each defendant, their official position, place of employment and full mailing address.

      Dft #1: PRO GREXION \ LEXINGTON LAW _____

      330 N. CUTLER DR, NORTH SALT LAKE, UT 84054

      ATTN: LEGAL SERVICE OF RECORD _____

      Dft #2: GETTINGTON _____

      6250 RIDGEWOOD ROAD SAINT CLOUD, MN 56303

      ATTN: LEGAL SERVICE OF RECORD _____

      Dft #3 ORION ACCEPTANCE CORP _____

      110 S JOHNSON STE 212 WOODSTOCK, IL 60098

      ATTN: LEGAL SERVICE OF RECORD _____

   Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

        Pla #1  SHANG M. POMPURA

        Pla #2 _____

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:  MIKE SMITH NISSAN
        1515 I H-10 S., BEAUMONT, TX 77701
        ATTN: LEGAL SERVICE OF RECORD

        Dft #2:  RDK | MUNDAY MAZDA
        555 FM 1960 RD W., HOUSTON, TX 77090
        ATTN: LEGAL SERVICE OF RECORD

        Dft #3  WIESNER BUICK GMC
        1645 I H45 N., CONROE, TX 77304
        ATTN: LEGAL SERVICE OF RECORD

    Attach a separate sheet for additional parties.

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1 _SHANE M. POMPURA_____

       _____

       _____

       Pla #2 _____

       _____

       _____

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

       Dft #1: _NOKIA CORPORATION_____

       _200 SOUTH MATILDA AVENUE, SUNNYVALE, CA 94086_

       _ATTN: LEGAL SERVICE OF RECORD_____

       Dft #2:_____

       _____

       _____

       Dft #3 _____

       _____

       _____

Attach a separate sheet for additional parties.