IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- Defendants in plaintiffs claims have utilized internet, software, applications internet browsers. Internet phone services, applications. Computers laptops, tablets, Apple devices to obtain plaintiffs information to date. From plaintiffs EQUIFAY, EXPERIAN and TRANSUNION reports obtained, plaintiffs claims started on or around 06/2010 to present date of 12/22/2016. EQUIFAY, EXPERIAN and Transunion with intent and gain of financial revenue, sale and sold plaintiffs personal information to many of these corporations which have enabled defendants in plaintiffs claims All other defendants advertise and or partners, affiliates co- marketing boards which have enabled defendants in plaintiffs claims.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

EQUIFAX, on or about 11/2014 to present.

1. Has released / processed my personal
identification numbers to unauthorized Sources.

2. Has released my employment to unauthorized
Sources

3. Has released my personal residence
information to unauthorized sources.

4. Has failed to verify with entities
approved with EQUIFAX, authorization
of credit by all terms of agreement with
approved users.

5. Has reported false information,

6. Has not responded to disputes.

7. Has not removed errors on behalf
OF EQUIFAX

8. Has continued to error in release
of account holder credit with fraud alert /
identity theft alert.

9. Has continued to charge for services never
rendered.

10. Continued release of information after
account of records. Opted Out of sharing for monetary gain.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

EXPERIAN

1. Has processed and released account holder: identification numbers and released to unauthorized parties.

2. Continues to store wrong information of name, residence history, accounts/active, accounts/closed, derogatory accounts and unauthorized Inquires.

3. Has failed to validate/verify individuals have authorization to request account holders bureau.

4. Has failed to update any or all wrong information.

5. Has reported false information.

6. Has shared account holders personal information for marketing purposes without account holders consent for monetary gain.

7. Has not maintained and followed security of accounts holders records by issuing unauthorized bureaus to affiliates and or approved users/subscribers of EXPERIAN

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

TRANSUNION

1. Has processed and released account holder personal identification numbers and released to unauthorized parties.

2. Has released account holders personal account records [unauthorized] for marketing purposes to other affiliates for monetary gain.

3. Has failed to maintain accurate data for residence, spouse, legal names, account information.

4. Has failed to remove any of claim #3.

5. Has not maintained and followed security of account holders records by issuing unauthorized bureaus to affiliates and or approved users/subscribers of TRANSUNION.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

VERISIGN INC-
Has failed and continues to date
of authentification of identity as
stated by VERISIGN INC.

ADOBE SYSTEMS INC.
Has and continues to provide
software enabling defendants in
claims stated by plaintiff.

UVERSE.
Has and continues to provide wireless
internet enabling defendants in claims
stated by plaintiff.

COX COMMUNICATIONS
Has and continues to provide wireless
internet enabling defendants in claims
stated by plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

CISCO SYSTEMS INC

Has and continues to manufacture + develop
and sells networking hardware, telecommunications software
enabling defendants in claims stated by
plaintiff.

ALCATEL LUCENT

Has and continues to provide mobile + converged
networking hardware, IP technologies and software,
enabling defendants in claims stated
by plaintiff.

JUNIPER NETWORKS

Has and continues to develop +markets
networking products | routers | switches | network management,
enabling defendants in claims stated
by plaintiff

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

EFAY

Has and continues to provide
internet based | computer based | mobile
technology based | smart tablet based |
IPAD and IPAD mini based, software
to deliver documents by defendants
in claims stated by plaintiff.

BRIGHT HOUSE NETWORK

Has and continues to provide
wireless internet enabling defendants
in claims stated by plaintiff.

HUGHES NET

Has and continues to provide internet
enabling defendants in claims stated
by plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

SPRINT/SPECTRUM
    Has and continues to provide
internet/android tablets/android phones/google,
Apple phones/Apple I PAD/APPLE I PAD mini,
mobile data/talk/text to defendants
enabling in claims of plaintiff.

TIME WARNER
    Has and continues to provide
internet Service to enable defendants
in claims made by plaintiff.

TOPAZ SYSTEMS INC
    Has and continues to provide
signature pad/pen/software/drivers
and software to enable defendants in
claims made by plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

APPLE INC.

Has and continues to provide electronics, computer software, and online services. Its hardware products include the IPHONE smartphone, the IPAD tablet computer, the MAC personal computer, mac OS and IOS operating systems, the safari web browser and Iwork creativity and productivity suites and Icloud products and services to enable defendants in claims of plaintiff.

MCAFFEE

Has and continues to provide computer security software. MCAFFEE has failed to produce and maintain securities which has enabled defendants in claims by plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

CITRIX

Has and continues to provide
application and desktop virtualization,
networking, software as a service and
cloud computing technologies which has
enabled defendants to continue
in claims stated by plaintiff.


WARREN K. PAYTON

Has and continues to utilize
internet, software, networking,
computer, on line services, user agreement
with EQUIFAX, TRANSUNION, EXPERIAN
to obtain personal identification
numbers of plaintiff, to falsely
report account and account history
of plaintiff and disregard plaintiff's
attempts to correct warren k. Payton's
illegal activities.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

SYMANTEC

Has and continues to produce software for security, storage and backup, enabling defendants in claims of plaintiff. SYMANTEC has failed to make plaintiffs personal identification numbers and information secure.

GREYSTAR

Has and continues to utilize internet, wifi, software, computers accounts with EQUIFAX, EXPERIAN and TRANSUNION, to falsely report information to bureaus on plaintiff credit files.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

MEMORIAL HERMAN HEALTH SYSTEMS
  Has and continues to utilize,
computers, networks, internet, routers,
software, accounts with EXPERIAN,
EQUIFAX, TRANSUNION to falsely
report account information on
plaintiffs credit bureaus. After dispute
process and confirmation from DR.Psi
MemorialHERMAN HEALTH SYSTEMS
SUMMERWOOD/office manager that
account information was invalid and
no monies were due to Memorial Herman
Health Systems.

FICO
  Has and continues to report a
FICO based from incorrect data by Transunion,
Experian, Equifax / Via computer, internet,
networks, software to plaintiffs credit
files. Has failed to detect threats to plaintiffs
personal information with intelligent identity
theft monitoring from FICO.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

iQUAL Corp.

Has and continues to via internet,
networking, software, computers to
not perform credit monitoring for
plaintiff. Has not provided to plaintiff
credit reports and scores monthly.
Has failed to produce automated credit
monitoring.

HEWLETT-PACKARD COMPANY CURRENTLY HP
Has and continues to provide in stores
and via internet business PC's, HP laptops,
HP printers and ink to enable defendants
in claims of plaintiff. Prior to HP,
HEWLETT-PACKARD from on or around 01/12
to 11/01/15, supplied hardware components
and software to enable defendants in
claims of plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

Acer

Has and continues to produce
desktop PC's, laptop PC's, tablets, servers,
storage devices, smartphones via internet
sites or storefronts | merchants authorized
to sell Acer products | to enable defendants
in claims of plaintiff.

FUJITSU COMPONENTS AMERICAS INC

Has and continues to produce
desktops, notebook keyboards, network
Scanners, workgroup scanners, departmental
Scanners, document scanners, production
Scanners and accesories which has
enabled defendants in claims of
Plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

SUMITOMO GROUP (SCOA)

Has and continues to provide to SCOA's automotive unit total project management involving sourcing, logistics, and installation of production equipment for US car manufacturers. This has enabled defendants, FORD and GM, claims of plaintiff.

MICROSOFT COMPANY

Has and continues to provide/develop/manufactures, licenses, supports and sells computer software consumer electronics, computers. MICROSOFT provides Microsoft Windows line, Microsoft office suite and Internet Explorer web browser, which has enabled defendants in plaintiffs claims.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

DELL

Has and continues to provide monitors, business laptops, electronics and accessories to defendants enabling claims of plaintiff.

LENOVO

Has and continues to provide laptops, desktops, tablets, drivers and software enabling defendants in claims of plaintiff.

FIRST DATA SERVICES

Has and continues to provide global payment technology to consumers. This has enabled defendants to purchase the products that have          been used to fraudently pull credit/plaintiff/unauthorized, report false info on plaintiffs bureau/ receive plaintiffs information of bureau.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

MARKETING 360

Has and continues to provide CRM
to store information from Social Security
numbers, Credit card information/CIV,
drivers license number, address of
individuals by phone or computer
from anywhere with internet access
which has enabled defendants in claim
of plaintiff.

GOOGLE

Has and continues to provide
applications, of internet related Services
and products that include on line
advertising technologies, search, cloud
computing, software and hardware.
These products have enabled defendants
in claims of plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

BING -

Has and continues to provide a variety
of search services, including web, video,
image and map search products.
This has enabled the defendants in
Claims of plaintiff-

FACEBOOK

Has and continues to provide
via internet, computer, lap top,
tablet, phone, smartphone, app
sold by APPLE, for auto dealers
to market and advertise, retrieve
personal information. False advertising
from pricing and vehicles available.
To send credit inquiry link for
future identity theft.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

YouTube-

Has and continues via internet, computer, phone, tablet, Apple iPad sales advertising to dealerships listed in claims of plaintiff.

LinkedIn

Has and continues via internet, computer, phone, tablet, APPLE IPAD to post profile information from education, work history / experience without any validation, of professional social media. This has been a detriment to those verifying profession, ethics and making decisions to purchase auto based off of false education and experience, enabling the defendants of claims of plaintiff.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

PANDORA

Has and continues to advertise services of defendants. This app is sold by Windows app on Microsoft Store via internet on computers, laptops, smart phones, tablets and APPLE products.

HANKEY GROUP

Has and continues to own Westlake Financial Group, TOYOTA, NOWCOM (financial applications, call center services, websites and dealer center) which has enabled defendants in plaintiffs claims.

COMCAST

Has and continues to provide internet, business high speed internet and phone enabling defendants in plaintiffs claims.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

FRAZER COMPUTING

   Has and continues to provide software
that manage customer paperwork in the
forms area, Setting default APR and tax rates
to choosing how to earn interest, credit
reporting package - linked to First Advantage
Credco and 700 credit. This has
enabled defendants of claims of
plaintiff.

FRIDAY SYSTEMS

   Has and continues too provide
dealer management software |LOT WIZARD
DMS| and markets as a dealership hub
for sales, marketing and financing. this
has enabled defendants of claims
of plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

AUTO SOFT

Has and Continues to provide
Software that provides defendants
Services as finance application,
retrieve credit and FICO Scores via
internet, computer, lap top and
tablet. This has enabled defendants
of claims of plaintiff.


Nowcom

Has and Continues to provide
Financial applications, call center
Services, websites and dealer center
Via internet On Computers, laptops
and tablets, which has enabled
defendants of claims of plaintiff

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

CDK Global

Has and continues to provide via
internet, Computer, laptop and tablets,
technology solutions to dealers.
This has enabled defendants of
the claims of plaintiff.

MOZILLA FOUNDATION

Has and continues to - organization
Sets the policies that govern development,
Operates key Infrastructure and controls
Mozilla products, trademarks and copyrights.
This has enabled defendants of claims
by plaintiff.

MOZILLA CORPORATION

Has and continues to Coordinate and integrate
the development of internet related applications) Fire Fox
This has enabled defendants of the claims of
plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

TOSHIBA

Has and Continues to provide
printers, applications, operations Systems,
middleware, Systems management,
Computers, tablets, hard drives, Storage,
document Solutions, printing Systems,
bussiness telephones and VOIP Solutions;
internet driver which has enabled
defendants of claims of the plaintiff.

CORELOGIC CREDCO

Has and Continues to provide
tri-merge credit bureaus. They have
failed to provide Red Flags Rule,
Safeguards Rule, OFAC screening,
IP verification. This has enabled
defendants in the claims made
of plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

DEALER TRACK INC

Has and continues to provide process electronic contracts, get credit decisions, transfer customer financial information from the registered/licensed User of dealer track to other lenders. This is internet based via computer, laptops and tablets. This has enabled defendants in claims of Plaintiff.

THE CREDIT SOURCE INC

Offers debt collection Solutions. This defendant had no authorization from plaintiff to acess plaintiffs credit files. The plaintiff was not notified of the credit inquiry or who requested. This was via internet, Computer driven to EQUIFAX, EXPERIAN & TRANSUNION

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

NCC | NATIONAL CREDIT CENTER
        Has and continues to provide Automotive
data, software and marketing solutions,
Processing credit reports through
EXPERIAN, EQUIFAX and TRANSUNION,
which has enabled defendants of
Claims by plaintiff.

ROUTE ONE
        Has and continues to provide
Credit applications credit reports
which has enabled defendants of
Claims of plaintiff. This service is
Computer | laptop | tablet based via
internet.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

700 CREDIT

Has and continues to provide
credit bureaus and compliance solutions
for automotive industry. This has enabled
defendants of the claims of plaintiff.
Computer, tablet, laptop - via internet.

PRO CREDIT EXPRESS

Has and continues to provide
and is an authorized reseller for
Experian, Equifax and Transunion,
Credit reporting and compliance for auto
dealers. This is provided by computer/
laptop/ tablet via internet. This has
enabled defendants in claims of the
plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

FCA US LLC

Has and continues to provide to trained dealerships branding and providing their products(FFAT) CHRYSLER|DODGE|JEEP|RAM|MOPAR. These dealerships branding and providing the FCA US LLC products have accessed and shared plaintiffs personal credit files with other entities not authorized by plaintiff. FCA US LLC privacy policy states, Collected information is only shared to others in requests made "to get a quote" or "find a dealer". Also, internal FCA US LLC research purposes. The plaintiffs personal identification numbers and credit history was shared, unauthorized, with intent to open a credit account to provide financing of a FCA US LLC branded automobile/vehicle.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

CHRYSLER:

        Has and continues is a automobile
manufactures who sells vehicles worldwide
under chrysler brand, as well as Dodge,
Jeep, and Ram Trucks. Chrysler is
responsible of their dealer candidates
and dealers, for training in all aspects
of owning and operating their dealerships.
The required training are taught by
Chrysler, NADA, Walsh College and FCA
performance institute. In chrysler Privacy
Statement, collected information and
Use, States information is only
Shared to others in requests made
to get a quote or find a dealer
and internal research purposes. Chrysler
brand dealerships have accessed and
Shared plaintiffs credit files without
Plaintiffs signed or authentication. The
Plaintiffs personal identification numbers and
Credit history was shared, unauthorized with
intent to open a credit account to provide financing
of a Chrysler branded vehicle.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

EXOR

Has and continues to own 29.19% of Fiat Chrysler Automobiles and controls 44.31% through a loyalty voting mechanism. Fiat Chrysler branded dealers have shared plaintiffs personal identification numbers and credit files with out plaintiffs knowledge or consent, with intent of opening a credit account to provide financing of a Fiat Chrysler automobile/vehicle.

KIA MOTORS AMERICA

Has and continues to market KIA brand with approved KIA brand dealerships who offer KIA vehicles. These approved KIA dealers have shared, unauthorized, personal identification numbers and credit files of plaintiff to others with intent to open a credit account to furnish financing to purchase a KIA automobile/vehicle. The other parties again received credit files, unauthorized intent to open credit.

IV:  Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

— HYUNDAI MOTOR AMERICA

Has and continues to market Hyundai
brand with approved Hyundai dealerships
who offer Hyundai vehicles. These approved
Hyundai dealers have shared, unauthorized,
personal identification numbers and credit
files of plaintiff to others with intent to
open a credit account to provide
financing to purchase a Hyundai
automobile / vehicle. The other parties, unauthorized,
again received credit files with intent to open credit

— RAM USA

Has and continues to market Ram
brand with approved Ram dealerships
who offer Ram vehicles. These approved
RAM dealers have shared, unauthorized,
personal identification numbers and credit files
of plaintiff to others with intent to open a credit
account to provide financing to purchase a
vehicle at a Ram approved dealer. The parties who
received information also obtained credit files and
personal identification with other financial institutions
with intent to open a credit account, unauthorized

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

GROUP 1 AUTOMOTIVE

Has and still owns dealerships/auto.
Group 1 Automotive dealership, retrieved
plaintiffs credit file several times,
once unauthorized to obtain a new
credit account to purchase a vehicle
at Group 1 Automotive dealership. Group
1 automotive dealership, unauthorized,
shared plaintiffs personal identification
numbers and credit file w/in intent
to open a new credit account. Group
1 Automotive, false advertised price of
vehicle purchased by plaintiff. Group 1
Automotive explained to plaintiff that
a warranty would have to be financed
(car had warranty) in order for purchase due
to falsely advertising price of car at the
time of finance/purchase. Group 1 Automotive offered
plaintiff to put partial downpayment (contract shows a
                                        funds received)
to then take the vehicle from plaintiffs
residence. Group 1 Automotive threatened legal
action/jail the day car was taken from plaintiffs
residence.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- SOUTH LOOP HYUNDAI

- It as and still provides vehicles for purchase, offering finance and extended warranties that are not valid as the vehicles have a warranty. Falsely advertised to plaintiff price of vehicle and forced warranty and insurance not needed. Retrieved plaintiffs credit file numerous dates, once unauthorized and shared, unauthorized, plaintiffs personal identification numbers and credit file with intent to open new credit account to fund purchase a vehicle at Southloop Hyundai. Made payment arrangement taking partial down payment at contract (even though contract had full amount executed) then took plaintiffs vehicle from residence. Threatened jail/legal day car taken.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- NORTHSIDE IMPORTS

- Has and still offers vehicles from FIAT, Alfa Romeo and Maserati. False advertising via internet of vehicle pricing. Shared personal identification numbers of plaintiffs with intent to obtain a new credit account. Forced warranty that was not valid. Stated GAP insurance lender required. Plaintiff had two welcome calls with lender, provided all documents and Northside Imports took plaintiffs vehicle from residence, personal belongs included, never returned. Plaintiff spoke to lender who stated Northside Imports never delivered loan package, which was necessary for funding.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- MASERATI USA

Has and still provides vehicles to
dealerships that are approved to
offer MASERATI vehicles. A Maserati
dealership shared personal identification
numbers and credit profile, unauthorized
to open a new credit account to
furnish financing at a MASERATI
approved dealership. Falsely advertised
via internet terms of loans offered
and lease terms. As well as vehicle
pricing. MASERATI approved dealerships
sold plaintiff a invalid warranty and
disclosed as GAP insurancer.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- MACHAIK AUTOMOTIVE GROUP

    - Has and Still owns car dealerships. Utilized
a online service to solicit to plaintiff that
Plaintiff had been approved for financing a
new vehicle at MACHAIK owned dealership. Once
appointment with MACHAIK owned dealership was
obtained/confirmed at MACHAIK location, Plaintiff
was told that the lead source, was for lead
generations and a credit approval had not
been obtained prior to appointment. After 7
hours at MACHAIK owned dealership, Plaintiff
was granted approval with Chrysler Finance.
Plaintiff was told by lead source from internet
MACHAIK purchased and purchases leads
from, down payment was "0". Then told $4500.
by finance manager. Finance Manager had
shared personal identification and credit bureaus
to several unauthorized sources utilized by
MACHAIK owned dealerships to obtain new
credit account to furnish financing of
purchase of MACHAIK dealership vehicle inventory

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

When plaintiff was not prepared for
inflated down payment, MACHAIK
employees (no contract executed by
plaintiff and MACHAIK AUTOMOTIVE GROUP)
told plaintiff that 90 days would be
given to Satisfy the new down payment
amount. MACHAIK AUTOMOTIVE GROUP
then unauthorized obtained new credit
files, called (after they found friends,
relatives and ex spouse) explaining from
MACHAIK employees that plaintiff had
stole the vehicle over 60 days later.
MACHAIK employees obtained information
from ex husband of plaintiff of a parent
teacher conference, arrested plaintiff inside
Fall Creek Elementary School in Humble TX.
MACHAIK employees within 3 days made 2
attempts to receive probable cause from
the 07/31/2015 arrangement made in Oct. 2015,
short of time given for down payment.
Plaintiff lost custody of children due to
the sharing of information and was arrested
twice for same offense.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- MACHAIK ENTERPRISES
    Has and is still part of MACHAIK AUTOMOTIVE GROUP. Please refer to Statement of claim of MACHAIK AUTOMOTIVE GROUP.

- LINCOLN MOTOR COMPANY
    Has and is still part of MACHAIK AUTOMOTIVE GROUP and MACHAIK ENTERPRISES As well as DODGE, RAM, JEEP, CHRYSLER FORD GMC and the Chevrolet vehicles offered. Please refer to statement of claim of MACHAIK AUTOMOTIVE GROUP.

- FORD MOTOR COMPANY
    -Has and is still part of MACHAIK AUTOMOTIVE and MACHAIK ENTERPRISES. of vehicles offered as approved FORD dealership. Please refer to statement of claims of MACHAIK AUTOMOTIVE GROUP. MACHAIK AUTOMOTIVE GROUP and MACHAIK INDUSTRIES

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

— JEEP CORPORATE

Has and still provides Jeep products
for purchase at approved Jeep dealerships.
Jeep approved dealerships, unauthorized, shared
plaintiffs credit file/bureaus and
personal identification numbers with
intent to open unauthorized credit
account parties that Jeep dealerships
shared plaintiffs credit files & personal
identification numbers, also shared to
other entities with intent to open
credit files to purchase from a
Jeep approved dealer, unauthorized.

— TOYOTA MOTORS NORTH AMERICAN, INC.

Has and still provides TOYOTA products for
purchase with approved TOYOTA dealerships.
Toyota approved dealerships, unauthorized shared
plaintiffs credit files and personal identification
numbers with intent to open a new
credit account for purchase at a TOYOTA
approved dealership.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

— GMC | GENERAL MOTORS CORP

Has and still provides GMC vehicles
to approved GMC dealerships. GMC
dealerships, unauthorized, plaintiffs
personal identification numbers and
credit files with intent to open
new credit accounts to finance a GMC vehicle.

— CHEVROLET

Has and still provides Chevrolet vehicles
to approved Chevrolet dealerships. Chevrolet
dealerships, unauthorized by plaintiff,
have shared plaintiffs personal identification
numbers and credit files to other
financial company | institution with intent
to open a new credit account to
provide financing of a Chevrolet
vehicle at approved Chevrolet dealership.

IV:   Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

— BMW OF NORTH AMERICA
      — Has and still provides vehicles to
approved BMW dealerships. The approved
BMW dealership, without consent of
plaintiff, pulled multiple credit
files. No authorization given, to open new credit file

— MINI USA
      — Has and still provides vehicles to
approved MINI dealerships. The approved
MINI dealership, without consent of
plaintiff or knowledge of, pulled
multiple credit files. No authorization
given, with intent to open new
credit file for financing of a Mini vehicle.

— SONIC AUTOMOTIVE
      — Has and still under the ownership of SONIC
AUTOMOTIVE, locations who have shared personal
identification numbers and credit file of plaintiffs
unauthorized, no verification plaintiff requested
in order to obtain a new credit account to
purchase a vehicle/automobile, sonic automotive owns
dealer.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- NISSAN USA

Has and still is operating with approved
dealerships enabling defendants of
plaintiffs claims. Unauthorized sharing
of personal identification numbers and
credit profile with intent to obtain
new credit account to furnish financing
for a NISSAN product with approved dealerships

- NYLE MAVVELL / FIAT ALFA ROMEO

Has and is still offering FIAT and
ALFA ROMEO products as a approved dealership
with both brands. Has, unauthorized
shared personal identification numbers and
credit profile with other financial companies
to obtain records of plaintiff, with intent
to open new credit account to fund
a FIAT, ALFA ROMEO brand vehicle.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- SILSBEE KIA
     Has and Still offering KIA products as
approved KIA dealership. Has false advertising
via internet which enticed plaintiffs inquiring
of vehicle. Stated approved. Plaintiff
Not approved. Unauthorized, Shared
plaintiffs personal identification
numbers and credit profile with
other entities to apply with intent
of a new credit account to fund purchase
of a KIA vehicle.

- MID COUNTY CHRYSLER DODGE JEEP RAM
     - Has and is still offering above manufacturers
automobiles for purchase. Unauthorized,
Shared plaintiffs personal identification
numbers and credit profile for other
financial entities to request new credit profiles
in efforts to obtain new credit account
unauthorised by plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- PHILPOTT MOTORS
    - Has and is still offering vehicles,
Authorized to dealership, for purchase
via internet and other social media
and marketing. Unauthorized, shared
Plaintiffs personal identification
numbers and credit file, resulting new
credit files released from financial entities
they have furnished plaintiffs information
with intent to open new credit account,
with plaintiffs information, for funding
of a PHILPOTT MOTORS vehicle.

- Chase AUTO
    - Accepted plaintiffs personal identification
numbers in order to make new inquiry
of plaintiffs credit for purposes of new
credit account, unauthorized. Plaintiff has in
excess of 10 unauthored inquiries.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- CAPITAL ONE AUTO FINANCE
    - Has obtained, unauthorized, Plaintiffs
    Credit File numerous times to obtain
    New credit account. CAPITAL ONE AUTO
    FINANCE, approved and serviced a credit
    account with plaintiffs personal
    identification numbers, unauthorized.
    CFPB initiated a investigation on
    Plaintiffs request, CAPITAL ONE
    AUTO FINANCE, stated legal
    recourse to plaintiff and would
    Seek criminal penalties against
    plaintiff.

- WEST POINT BUICK GMC
    - Unauthorized by plaintiff, Shared
    plaintiffs personal identification
    numbers to other financial entities
    to obtain new credit account.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- COM BANK INDIRECT
    Received plaintiffs credit file
unauthorized, intent to open new credit
account.

- CRESCENT BANK
    - Received plaintiffs credit file, unauthorized,
intent to open new credit account

- SIERRA AUTO FINANCE
    - Received plaintiffs credit file,
unauthorized, intent to open new credit account

- NISSAN MTES ACCPT IF3 1
    - Received plaintiffs credit file, unauthorized,
intent to open new credit account.

- COMPASS BANK
    - Received plaintiffs credit file,
unauthorized, intent to open new
credit account.

- FARMER'S INSURANCE
    Received plaintiffs credit file,
unauthorized, intent to open new account.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- PROGRESSIVE INSURANCE
    - Received plaintiffs credit file, Unauthorized, Intent to open new account.
- RAZOR CAPITAL, LLC
    - Received plaintiffs credit file, unauthorized, intent to open new account.
- WEBBANK / AVANT, INC.
    - Received plaintiffs credit file, unauthorized, intent to open new account.
- INTERSECTIONS
    - Received plaintiffs credit file, unauthorized, numerous requests on plaintiffs credit file.
- TRANSWORLD SYSTEMS
    - RECEIVED plaintiffs credit file, unauthorized

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- DIRECT TO CONSUMERS via INTERSECTIONS INC
    - Unauthorized, Obtained plaintiffs credit profile.

- AUTOMOBILE CONSUMER SERVICES
    - Unauthorized, obtained plaintiffs credit profile

- TRAXIS FINANCIAL SOLUTIONS
    - Unauthorized, obtained plaintiffs credit profile.

- ALLSTATE
    - Unauthorized, obtained plaintiffs credit profile.

- EXETER FINANCE CORPORATION
    - Unauthorized, numerous times, Obtained plaintiffs credit profile.

- FEDERAL BOND COLLECTION
    - Unauthorized, received plaintiffs credit profile.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- NATIONWIDE NEW TY PL
    - Unauthorized, received plaintiffs
    credit profile.
- INTEGRITY SOLUTION SERVICES
    - Unauthorized, received plaintiffs
    credit profile.
- DYNAMIC RECOVERY SOLUTIONS
    - Unauthorized, received plaintiffs
    credit profile.
- SANTANDER USA
    - Unauthorized, numerous times,
    received plaintiffs credit profile with intent
    to establish credit
- SKOPOS FINANCIAL
    - Unauthorized, numerous times,
    received plaintiffs credit profile
    with intent to establish new credit account.
JUDSON MOTORS INC
    - Unauthorized, received plaintiffs credit profile,
    intent to establish new credit account.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- AMERICAN CREDIT ACCEPTANCE
    Unauthorized, received plaintiffs
    Credit file. No verification process

- SPRING LEAF FINANCIAL
    Unauthorized, received plaintiffs
    Credit file to date, numerous, intent
    to open new credit account. No verification process.

- SYNCHRONY BANK
    Unauthorized, received plaintiffs
    Credit file, numerous times with
    intent to open new credit account. no verification by plaintiff

- CAR FINANC. COM
    - Unauthorized, received plaintiffs
    Credit file, with intent to open new
    Credit account. No verification by plaintiff

- LEXIS NEXIS
    - Unauthorized, received plaintiffs credit
    file, with intent to open new credit
    account. Did not furnish plaintiff via
    US mail letter of denial or approval w/terms
    No verification by plaintiff

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- CONVERGENT OUTSOURLE
    - Received plaintiffs credit file, unauthorized or verified

- LENDING POINT LLC
    - Received plaintiffs credit file, unauthorized. Intent to open new credit account.

- CLARITY OPPORTUNITY FINN
    - Received plaintiffs credit file, unauthorized or verified.

- CREDIT.com
    - Received plaintiffs credit file, unauthorized or verified by plaintiff.

- EOS CCA
    - Received plaintiffs credit file, unauthorized. No verification process

- COMENITY SERVICES
    - Received plaintiffs credit file, unauthorized. Not a authorized creditor. No verification process obtained

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- COMENITY BANK EXPRESS
   -Received plaintiffs credit file,
   unauthorized, No verification process.
   Consumer had terminated account 02/15
   before unauthorized retrieval of
   plaintiffs credit profile. COMENITY
   BANK EXPRESS, after closure of
   account, re-opened without
   plaintiffs authorization and
   not providing EQUIFAY, EXPERIAN, TRANSUNION
   with a copy of executed credit
   terms and agreement. Late
   payments and collection reported
   by Comenity Bank/Express
   unlawfully.

- QUINSTREET GUIDE TO LEND
   obtained plaintiffs credit profile,
   unauthorized, intent to open new credit account

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

MERCURY INSURANCE GROUP
   - Unauthorized by plaintiff,
   received plaintiffs credit profile
   with intent to open new account
   based from FICO and credit
   based information supplied, unauthorized,
      by EQUIFAX, EXPERIAN, TRANSUNION, FICO
SAFE AUTO INSURANCE COMPANY
      - Unauthorized by plaintiff, received
   credit profile with intent to open
   new account based from FICO and
   credit based information supplied,
   Unauthorized, by EQUIFAX, EXPERIAN,
   TRANSUNION and FICO.
- BALANCE CREDIT. COM
      - Unauthorized, obtained plaintiffs
      credit profile.
   - MONTGOMERY WARD
         - Unauthorized, obtained plaintiffs
         credit profile, intent to open new
         credit account.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- SEVENTH AVENUE
    - Unauthorized, received plaintiffs
    credit profile.
- ENTERGY OPERATIONS INC.
    - Unauthorized received plaintiffs
    credit profile, Filed a collection
    without providing accurate
    information to EQUIFAX, EXPERIAN,
    TRANSUNION. No written information
    to plaintiff in regards to collection.
- CREDIT ONE BANK
    - Unauthorized, credit inquiry
    of plaintiffs credit profile.
- PROGREXION\LEXINGTON LAW
    - Unauthorized, numerous credit
    inquires to obtain plaintiffs
    credit file.
- GETTINGTON
    - Unauthorized, received plaintiffs credit profile

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

- ORION ACCEPTANCE CORP
  - Unauthorized received plaintiffs credit file.

- MIKE SMITH NISSAN
  - Unauthorized shared plaintiffs personal identification numbers to another financial company, this company then requested plaintiffs credit file with intent to open new credit account unauthorized

- CDK MUNDAY CHEVROLET
  - Unauthorized shared plaintiffs personal identification numbers to another financial company. This unauthorized financial company requested a new credit file of plaintiffs with intent to open new credit account.

- NOKIA
  - Supplies mobile devices and applications to defendants enabling claims of plaintiff.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

- MERCEDES

    GROUP 1 Automotive loocation/dealership that
is approved MERCEDES dealer, unauthorized
shared plaintiffs personal identification
numbers for other Financial Company
to Obtain plaintiffs credit profile with
intent to open new credit account.

- VOLKSWAGEN USA

    GROUP 1 AUTOMOTIVE location dealership
that is approved   VOLKSWAGEN USA
dealer, unauthorized shared plaintiffs
personal identification numbers to
another financial company with intent
to obtain new credit account.